UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' APPRENTICESHIP & JOURNEYMAN
TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED CONTRIBUTION PENSION
FUND, LABOR MANAGEMENT COOPERATION TRUST
FUND and MERT SUMMERS (in his capacity as trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

   Plaintiffs,

v.                 Case No. 13-CV-542

A2Z FLOORING BY LOCKHART, INC. and
STEVEN LOCKHART,

   Defendants.

---

ENTRY OF DEFAULT
AS TO DEFENDANT STEVEN LOCKHART

---

  The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Steven Lockhart, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Steven Lockhart pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 7th day of November, 2013.

*Peter Oppeneer*
Clerk of Court