UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' APPRENTICESHIP & JOURNEYMAN
TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED CONTRIBUTION PENSION
FUND, LABOR MANAGEMENT COOPERATION TRUST
FUND and MERT SUMMERS (in his capacity as trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

        Plaintiffs,

    v.                                                Case No. 13-CV-542

A2Z FLOORING BY LOCKHART, INC. and
STEVEN LOCKHART,

        Defendants.

ORDER AND ENTRY OF JUDGMENT
AS TO DEFENDANT A2Z FLOORING BY LOCKHART, INC.

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1. Defendant A2Z Flooring by Lockhart, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant A2Z Flooring by Lockhart, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, interest, liquidated damages, attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $6,820.39.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, North Central States Regional Council of Carpenters' Defined Contribution Pension Fund, Labor Management Cooperation Trust Fund, Mert Summers, Contract Administration Fund and North Central States Regional Council of Carpenters, recover from the Defendant A2Z Flooring by Lockhart, Inc. and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant A2Z Flooring by Lockhart, Inc. in the amount of $6,820.39 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 5th day of December, 2013.

Peter Oppeneer
Clerk of Court

Dated and approved as to form this 4th day of December, 2013.

BY THE COURT:

Barbara B Crabb
U. S. District Court Judge